UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-37-FA-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REYNALDO CALDERON | ) | |

For good cause shown, the government's motion to seal its response to the sealed motion at Docket Entry 455 is hereby granted.

SO ORDERED.

This the 2nd day of December~~November~~, 2014.

_____
DAVID A. FABER
Senior United States District Judge