UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 7:12-CR-37-6-FA-1

UNITED STATES OF AMERICA

v.                                              <u>ORDER</u>

REYNALDO CALDERON


        At a hearing in this matter, held on December 8, 2014, the
court GRANTED the Motion to Withdraw as Attorney of Record, (Doc.
No. 457), filed by Bruce Mason.[*]  The Federal Public Defender is
DIRECTED to appoint new counsel to represent defendant.  Within
thirty days of his or her appointment as counsel, new counsel
should inform the court as to when this matter will be ready to
proceed to sentencing.

        The Clerk is directed to send a copy of this Order to Mr.
Mason, counsel for the United States, the Federal Public Defender,
the United States Probation Office, and the United States Marshal
for the Eastern District of North Carolina.

        IT IS SO ORDERED this 8th day of December, 2014.

                                ENTER:

                                David A. Faber
                                Senior United States District Judge

_____

        [*]A Sealed Memorandum Opinion and Order explaining the court's
reasons for doing so will be filed forthwith.