UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-37-FA-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REYNALDO CALDERON | ) | |

For good cause shown, the government's motion to seal its notice of filing of certain discovery (Doc. No. 504) is hereby granted.

SO ORDERED.

This the 9th day of December, 2014.

*David A. Faber*
DAVID A. FABER
Senior United States District Judge