UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO: 7:12-CR-37-FA-1
7:16-CV-143-FA

REYNALDO CALDERON

v.                                                  <u>JUDGMENT ORDER</u>

UNITED STATES OF AMERICA

The court **DENIES** the government's motion to dismiss; **GRANTS** Calderon's Motions to Vacate as follows: 1) Calderon's conviction and sentence on Count Seven, using and carrying firearms during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(B)(ii), is **VACATED**, and 2) all other convictions and sentences remain in full force and effect; and **DISMISSES** this matter from the court's active docket.

The Clerk is further directed to send a copy of this Order to counsel of record and Mr. Calderon.

IT IS SO ORDERED this 7th day of March, 2022.

                              ENTER:

                              *David A. Faber*
                              David A. Faber
                              Senior United States District Judge